115 P.3d 686

# SUPREME COURT OF HAWAI'I

**July 11, 2005**

| 26476 | State v. McGovern | Affirmed |
|---|---|---|

**July 21, 2005**

| 26594 | Horner v. Employees' Retirement System | Affirmed |
|---|---|---|

**July 25, 2005**

| 25968 | Ricasa v. Hilton Hotels Corp. | Vacated and Remanded |
|---|---|---|